**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

RONNIE FLOW,                                                                                    PLAINTIFF
ADC #097599

v.                                      3:20CV00263-BSM-JTK

DEXTER PAYNE, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff has submitted an Amended Complaint (Doc. No. 5) pursuant to the Court's September 21, 2020 Order (Doc. No. 4).   Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's claims against Defendants.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Dexter Payne, Warden Page, Melissa Grisham, Ms. Glass, and Sgt. Sparks. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 22nd day of September, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. Sect. 1915A(a).