**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

RONNIE FLOW,
ADC #097599                                                                                    PLAINTIFF

v.                                   3:20CV00263-BSM-JTK

DEXTER PAYNE, et al.                                                                        DEFENDANTS

**ORDER**

This matter is before the Court on Defendants' Motion to Dismiss (Doc. No. 13). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion to Dismiss within fifteen (15) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 6th day of November, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE