## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RONNIE FLOW**                                                                            **PLAINTIFF**
ADC #097599

**v.**                                    **CASE NO. 3:20-CV-00263-BSM**

**DEXTER PAYNE,** *et al.*                                                       **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 19] is adopted. Accordingly, defendants' motion to dismiss [Doc. No. 13] is granted, Ronnie Flow's motion to dismiss [Doc. No. 18] is denied, and Flow's complaint is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE