IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE FLOW**                                                                                         **PLAINTIFF**
ADC #097599

v.                                        CASE NO. 3:20-CV-00263-BSM

**DEXTER PAYNE,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE